**Fill in this information to identify the case:**

Debtor 1 ANNETTE CASSANDRA GARCES

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern    District of Texas
(State)

Case number 16-35441-H2-13

Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BUNGALOW SERIES F REO, LLC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4 1 4 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2017

**New total payment:** $ 2,001.61
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 943.51    New escrow payment: $ 983.88

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor 1  ANNETTE CASSANDRA GARCES
 First Name   Middle Name   Last Name

Case number (if known) 16-35441-H2-13

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor

☐ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ JOHN R. CALLISON
Signature

Date 05/04/2017

Print: JOHN R.   CALLISON
 First Name   Middle Name   Last Name

Title ATTORNEY FOR CREDITOR

Company BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP

Address 4004 BELT LINE RD. SUITE 100
 Number   Street

ADDISON, TEXAS 75001
City   State   ZIP Code

Contact phone (972) 386-5040

Email SDECF@BDFGROUP.COM

## CERTIFICATE OF SERVICE

I hereby certify that on May 04, 2017, a true and correct copy of the Notice of Mortgage Payment Change was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ JOHN R. CALLISON    05/04/2017
        JOHN R. CALLISON
        TX NO. 24076295
        4004 BELT LINE RD. SUITE 100
        ADDISON, TX 75001
        Telephone: (972) 386-5040
        Facsimile: (972) 661-7725
        E-mail:  SDECF@BDFGROUP.COM
        ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ANNETTE CASSANDRA GARCES
16215 LESLIE LANE
MISSOURI CITY, TX  77489

**DEBTOR'S ATTORNEY:**
REGINA VASQUEZ
701 N POST OAK RD
STE 655
HOUSTON, TX  77024

**TRUSTEE:**
DAVID G. PEAKE
9660 HILLCROFT, SUITE 430
HOUSTON, TX  77096-3856